**UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

BAE INDUSTRIES, INC., a Michigan
corporation,

               Plaintiff,                       Case No.

vs.

WHITESELL CORPORATION, an Alabama
corporation, and WHITESELL
INTERNATIONAL CORPORATION, an
Alabama corporation,

               Defendants.

---

Marilyn A. Peters (P32095)
Laura C. Baucus (P56932)
William J. Hallan (P70993)
Dykema Gossett PLLC
Attorneys for BAE Industries, Inc.
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0768/ 203-0796
mpeters@dykema.com
lbaucus@dykema.com
whallan@dykema.com

---

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•39577 WOODWARD AVENUE•SUITE 300•BLOOMFIELD HILLS, MICHIGAN 48304

### PLAINTIFF BAE INDUSTRIES, INC.'S JURY DEMAND

     Plaintiff BAE Industries, Inc., hereby demands a trial by jury for all issues so triable as of right in the above-captioned matter.

Respectfully submitted,

DYKEMA GOSSETT PLLC

By: **s/Marilyn A. Peters**
    Marilyn A. Peters (P32095)
    Dykema Gossett PLLC
    Attorneys for BAE Industries, Inc.
    39577 Woodward Avenue, Suite 300
    Bloomfield Hills, MI 48304
    (248) 203-0768
    mpeters@dykema.com

Date: October 22, 2008

BH01\919569.1
ID\LCB

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•39577 WOODWARD AVENUE•SUITE 300•BLOOMFIELD HILLS, MICHIGAN 48304