# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

## Summons in a Civil Case

BAE Industries, Incorporated,

                Plaintiff(s),

v.	Case No. 2:08-cv-14497-AC-DAS
	Hon. Avern Cohn

Whitesell Corporation, et al.,

                Defendant(s).

## Notice to Defendant Whitesell International Corporation

This summons is notification that you are being sued by the above named plaintiff(s). You are required to:

1. Serve upon the **plaintiff's attorney**:

   Marilyn A. Peters
   39577 Woodward Avenue
   Suite 300
   Bloomfield Hills, MI
   48304-2820

   an answer to the complaint within twenty (20) days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. File with the court any answer that you serve on the parties to this action within the time limits specified.

Failure to answer or take other actions permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver, Clerk of Court**	By:	s/ L. Behringer
		Deputy Clerk

                                                Date of Issuance:  October 22, 2008

# Summons and Complaint Return of Service

Case No. 2:08–cv–14497–AC–DAS
Hon. Avern Cohn

A copy of the Summons and Complaint has been served upon the Defendant in the manner indicated below:

Name of Defendant Served:   Whitesell International Corporation

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: