UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BAE INDUSTRIES, INC., a Michigan Corporation,

    Plaintiff,

vs.

WHITESELL CORPORATION, an Alabama Corporation, and WHITESELL INTERNATIONAL CORPORATION, an Alabama corporation,

    Defendants.

Case No. 2:08-cv-14497-AC-DAS
Hon. Avern Cohn

---

| | |
|---|---|
| Marilyn A. Peters (P32095) | Philip J. Kessler (P15921) |
| Laura C. Baucus (P56932) | Daniel J. Dulworth (P41784) |
| William J. Hallan (P70993) | Timothy J. Lowe (P68669) |
| Dykema Gossett PLLC | Butzel Long |
| Attorneys for BAE Industries, Inc. | Attorneys for Whitesell Corporation and Whitesell International Corporation |
| 39577 Woodward Avenue, Ste. 300 | 150 West Jefferson Avenue, Ste. 100 |
| Bloomfield Hills, MI 48304 | Detroit, MI 48226 |
| (248) 203-0768/ 203-0796 | (313) 225-7000 |
| mpeters@dykema.com | kessler@butzel.com |
| lbaucus@dykema.com | dulworth@butzel.com |
| whallan@dykema.com | lowe@butzel.com |

---

**APPEARANCE ON BEHALF OF DEFENDANTS
WHITESELL CORPORATION AND
<u>WHITESELL INTERNATIONAL CORPORATION</u>**

To:    Clerk of the Court

    PLEASE ENTER the undersigned's Appearance as counsel for Defendants, Whitesell Corporation and Whitesell International Corporation, in the above-entitled cause.

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS

        s/Daniel J. Dulworth
Butzel Long, P.C.
150 W. Jefferson Avenue, Suite 100
Detroit, MI 48226
T: 313-225-7098
**dulworth@butzel.com**
(P41784)
*Attorneys for Defendant Whitesell Corporation and Whitesell International Corporation*

Dated: October 23, 2008

### Certificate of Service

I hereby certify that on October 23, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Marilyn A. Peters, Laura C. Baucus and William J. Hallan.

        s/Daniel J. Dulworth
Butzel Long, P.C.
150 W. Jefferson Avenue, Suite 100
Detroit, MI 48226
T: 313-225-7098
**dulworth@butzel.com**
(P41784)

Dated: October 23, 2008
1036305