**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BAE INDUSTRIES, INC., a Michigan
Corporation,

      Plaintiff,

vs.

WHITESELL CORPORATION, an Alabama
Corporation, and WHITESELL INTERNATIONAL
CORPORATION, an Alabama corporation,

      Defendants.
_____/

Case No. 2:08-cv-14497-AC-DAS
Hon. Avern Cohn

| | |
|---|---|
| Marilyn A. Peters (P32095) | Philip J. Kessler (P15921) |
| Laura C. Baucus (P56932) | Daniel J. Dulworth (P41784) |
| William J. Hallan (P70993) | Timothy J. Lowe (P68669) |
| Dykema Gossett PLLC | Butzel Long |
| Attorneys for BAE Industries, Inc. | Attorneys for Whitesell Corporation and |
| 39577 Woodward Avenue, Ste. 300 | Whitesell International Corporation |
| Bloomfield Hills, MI 48304 | 150 West Jefferson Avenue, Ste. 100 |
| (248) 203-0768/ 203-0796 | Detroit, MI  48226 |
| mpeters@dykema.com | (313) 225-7000 |
| lbaucus@dykema.com | kessler@butzel.com |
| whallan@dykema.com | dulworth@butzel.com |
| | lowe@butzel.com |

**APPEARANCE ON BEHALF OF DEFENDANTS**
**WHITESELL CORPORATION AND**
**<u>WHITESELL INTERNATIONAL CORPORATION</u>**

To:    Clerk of the Court

      PLEASE ENTER the undersigned's Appearance as counsel for Defendants, Whitesell Corporation and Whitesell International Corporation, in the above-entitled cause.

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS

                                                                          s/Timothy J. Lowe
                                                                          Butzel Long, P.C.
                                                                          150 W. Jefferson Avenue, Suite 100
                                                                          Detroit, MI  48226
                                                                          T:  313-225-7098
                                                                          **lowe@butzel.com**
                                                                          (P68669)
                                                                          *Attorneys for Defendant Whitesell Corporation*
                                                                          *and Whitesell International Corporation*

Dated: October 23, 2008

**Certificate of Service**

    I hereby certify that on October 23, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:  Marilyn A. Peters, Laura C. Baucus and William J. Hallan.

                                           s/Timothy J. Lowe
                                           Butzel Long, P.C.
                                           150 W. Jefferson Avenue, Suite 100
                                           Detroit, MI  48226
                                           T:  313-225-7098
                                           **lowe@butzel.com**
                                           (P68669)

Dated:  October 23, 2008
1036330