**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BAE INDUSTRIES, INC., a Michigan corporation,

      Plaintiff,

vs.

WHITESELL CORPORATION, an Alabama corporation, and WHITESELL INTERNATIONAL CORPORATION, an Alabama corporation,

      Defendants.

Case No. 08-cv-14497-AC-DAS

Honorable Avern Cohn

| | |
|---|---|
| Marilyn A. Peters (P32095) | Philip J. Kessler (P15921) |
| Laura C. Baucus (P56932) | Daniel J. Dulworth (P41784) |
| William J. Hallan (P70993) | Timothy J. Lowe (P68669) |
| Dykema Gossett PLLC | Butzel Long |
| Attorneys for BAE Industries, Inc. | Attorneys for Whitesell Corporation and Whitesell International Corporation |
| 39577 Woodward Avenue, Suite 300 | 150 West Jefferson Avenue, Suite 100 |
| Bloomfield Hills, MI 48304 | Detroit, MI 48226 |
| (248) 203-0768/ (248) 203-0796 | (313) 225-7000 |
| mpeters@dykema.com | kessler@butzel.com |
| lbaucus@dykema.com | dulworth@butzel.com |
| whallan@dykema.com | lowe@butzel.com |

## APPEARANCE

TO:   Clerk of the Court
         Counsel of Record

    **PLEASE TAKE NOTICE** that Dykema Gossett, P.L.L.C., through Laura C. Baucus enters an appearance on behalf of Plaintiff in the above-captioned matter. Please direct future pleadings, notices and correspondence accordingly.

        Respectfully submitted,

        DYKEMA GOSSETT PLLC

        By: s/Laura C. Baucus
            Laura C. Baucus (P56932)
            Attorneys for Plaintiff
            39577 Woodward Avenue, Suite 300
            Bloomfield Hills, MI 48304
            (248) 203-0796
            E-mail:  lbaucus@dykema.com

Date: October 24, 2008

## **CERTIFICATE OF SERVICE**

    I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:  Philip J. Kessler, Daniel J. Dulworth and Timothy J. Lowe.

    I declare under penalty of perjury that the foregoing is true and correct.

        s/Laura C. Baucus
        Dykema Gossett PLLC
        Attorneys for Defendants
        39577 Woodward Avenue, Suite 300
        Bloomfield Hills, MI  48304-5086
        Ph:  (248) 203-0796
        E-mail:  lbaucus@dykema.com
        Laura C. Baucus (P56932)

Date:  October 24, 2008

BH01\920434.1
ID\LCB

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•39577 WOODWARD AVENUE•SUITE 300•BLOOMFIELD HILLS, MICHIGAN 48304