## Summons and Complaint Return of Service

Case No. 2:08-cv-14497-AC-DAS
Hon. Avern Cohn

A copy of the Summons and Complaint has been served upon the Defendant in the manner indicated below:

Name of Defendant Served:   Whitesell Corporation

Date of Service:   October 24, 2008

### Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

_X_ Other (specify):
U.S. First Class Mail to: Daniel J. Dulworth, Counsel for Whitesell Corporation (per his e-mail request) who is authorized to accept service. Butzel Long, 150 W. Jefferson, Suite 100, Detroit, MI 48226

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____   Service $_____   Total $_____

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   Laura C. Baucus

Signature of Server:   *[signature]*

Date:   October 24, 2008

Server's Address:   Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304