UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BAE INDUSTRIES, INC., a Michigan
Corporation,

       Plaintiff,                             Case No. 2:08-cv-14497-AC-DAS
                                              Hon. Avern Cohn

vs.

WHITESELL CORPORATION, an Alabama
Corporation, and WHITESELL INTERNATIONAL
CORPORATION, an Alabama corporation,
Defendants.
_____

**INDEX OF EXHIBITS FOR**
**DEFENDANTS' RESPONSE TO MOTION FOR TEMPORARY RESTRAINING**
**ORDER AND PRELIMINARY INJUNCTION**

| **Exhibit** | **Description** |
|---|---|
| A | Asset Purchase Agreement Exhibit M-1: Contracts |
| B | Asset Purchase Agreement Exhibit M-2: Contracts Assumed |
| C | August 2006 Correspondence from Whitesell to BAE Announcing Asset Purchase and Enclosing Quotation and Terms and Conditions |
| D | Affidavit of Steve Semmler |