# EXHIBIT B

**EXHIBIT M-2**
**LIST OF CONTRACTS ASSUMED**

| No. | Name of Contracting Party: | Description: |
|---|---|---|
| 1 | Constellation NewEnergy | Electric services |
| 2 | Crown Recycling and Waste Services, Inc. | Refuse service |
| 3 | Facil, LLC | Installment agreement |
| 4 | International Truck and Engine Corp. | Mutual Confidential Disclosure Agreement |
| 5 | Invensys Controls | Confidential Disclosure Agreement |
| 6 | The Brickman Group, Ltd. | Landscape Maintenance |
| 7 | Country Scape, Inc. | Snow Removal |
| 8 | Jan-Pro Cleaning Systems of Chicagoland | Office cleaning |
| 9 | Garnett Component Sale | Manufacturer's Representative Agreement |
| 10 | SBC | T-1 provider agreement |
| 11 | SBC | Long Distance Provider Agreement |
| 12 | SBC Complete Link | Telephone Service |
| 13 | Phillips Screw Company | Patent and Trademark License Agreement |
| 14 | Mathread | License Agreement |
| 15 | Nicor | Natural Gas Service |
| 16 | Joel Brown | Confidentiality and Retention Agreement |
| 17 | Toyota Financial Services -- Atlas Lift Truck | Forklift Leases |
| 18 | Deerbart Financial Services / MidAmerica | Telephone Equipment Lease |
| 19 | GMAC | 2005 GMC Sierra Truck |
| 20 | Dick's Vending Service | Vending Machines |
| 21 | Coface | Credit Insurance |
| 22 | Cintas | Employee uniforms, shop towels, shop mats, etc. |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

