UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


BAE Industries, Incorporated,

                              Plaintiff(s),

v.                                          Case No. 2:08–cv–14497–AC–DAS
                                            Hon. Avern Cohn
Whitesell Corporation, et al.,

                              Defendant(s).
_____


**NOTICE TO APPEAR**

   You are hereby notified to appear before the Honorable Avern Cohn, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

   • STATUS CONFERENCE:  October 30, 2008 at 11:00 AM


**Certification**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                              By: s/ J. Owens
                                   Case Manager


Dated:  October 27, 2008