UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BAE Industries, Incorporated,

        Plaintiff(s),

v.                              Case No. 2:08−cv−14497−AC−DAS
                             Hon. Avern Cohn

Whitesell Corporation, et al.,

        Defendant(s).

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan. The following motion(s) are scheduled for hearing:

Motion for TRO − #2

- MOTION HEARING:  11/10/08 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

        By: s/ J. Owens
             Case Manager

Dated:   October 27, 2008