UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BAE INDUSTRIES, INC. a Michigan
corporation,

        Plaintiff,                        Case No. 2:08-cv-14497-AC-DAS

vs.                                              Hon. Avern Cohn

WHITESELL CORPORATION, an Alabama
Corporation, and WHITESELL
INTERNATIONAL CORPORATION, an
Alabama Corporation,

        Defendants.
_____/

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

The parties having stipulated to an extension of the Temporary Restraining and Order to Show Cause entered on October 30, 2008, to allow the parties to explore resolution of this dispute, and the Court being advised;

IT IS HEREBY ORDERED that the Temporary Restraining Order and Order To Show Cause entered on October 30, 2008 in this matter is hereby extended through November 24, 2009, or until further order of the Court; and

IT IS FURTHER ORDERED that the parties will appear before this Court for a Preliminary Injunction and Show Cause hearing on **Monday, November 24, 2008, at 2:00 p.m.**, to show cause as to why the Court should not issue a Preliminary Injunction compelling

1

Whitesell Corporation to continue supplying the Parts to BAE pursuant to BAE's requirements for the Parts.

**IT IS SO ORDERED**.

Date:  November 06, 2008            s/Avern Cohn
                                                      District Court Judge

1036932

BH01\924634.1
ID\MAP