UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BAE INDUSTRIES, INC. a Michigan
corporation,

        Plaintiff,                                  Case No. 2:08-cv-14497-AC-DAS

vs.                                                      Hon. Avern Cohn

WHITESELL CORPORATION, an Alabama
Corporation, and WHITESELL
INTERNATIONAL CORPORATION, an
Alabama Corporation,

        Defendants.
_____/

| | |
|---|---|
| Marilyn A. Peters (P32095) | Philip J. Kessler (P15921) |
| Laura C. Baucus (P56932) | Daniel J. Dulworth (P41784) |
| William J. Hallan (P70993) | Timothy J. Lowe (P68669) |
| Dykema Gossett PLLC | Butzel Long |
| Attorneys for BAE Industries, Inc. | Attorneys for Whitesell Corporation and |
| 39577 Woodward Avenue, Ste. 300 | Whitesell International Corporation |
| Bloomfield Hills, MI 48304 | 150 West Jefferson Avenue, Ste. 100 |
| (248) 203-0768/ 203-0796 | Detroit, MI  48226 |
| mpeters@dykema.com | (313) 225-7000 |
| lbaucus@dykema.com | kessler@butzel.com |
| whallan@dykema.com | dulworth@butzel.com |
| | lowe@butzel.com |

_____/

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER
AND ORDER TO SHOW CAUSE**

       The parties having stipulated to an extension of the Temporary Restraining and Order to

Show Cause entered on October 30, 2008, which extended the Order until November 24, 2008,

to allow the parties to explore resolution of this dispute, the parties having worked on resolution

of the dispute, and the Court being advised;

1

IT IS HEREBY ORDERED that the Temporary Restraining Order and Order To Show Cause entered on October 30, 2008 in this matter is hereby extended through December 8, 2009, or until further order of the Court; and

IT IS FURTHER ORDERED that the parties will appear before this Court for a Preliminary Injunction and Show Cause hearing on **Monday, December 8, 2008, at 2:00 p.m.**, to show cause as to why the Court should not issue a Preliminary Injunction compelling Whitesell Corporation to continue supplying the Parts to BAE pursuant to BAE's requirements for the Parts.

**IT IS SO ORDERED**.

s/Avern Cohn
District Court Judge

Date:   November 20, 2008

1036932

BH01\924634.1
ID\MAP

2