UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BAE Industries, Incorporated,

          Plaintiff(s),

v.                                                                  Case No. 2:08−cv−14497−AC−DAS
                                                                    Hon. Avern Cohn

Whitesell Corporation, et al.,

          Defendant(s).

## NOTICE TO APPEAR

You are hereby notified to appear before the Honorable Avern Cohn, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  February 24, 2009 at 02:00 PM

## Certification

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

          By: s/ J. Owens
               Case Manager

Dated:   December 8, 2008